UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

BILLY J. SCROGGHAM
    Plaintiff,

v.        Cause No.

SHELBY GRAVEL, INC.,
d/b/a SHELBY MATERIALS  **1: 12 -cv- 0972 JMS -TAB**
    Defendant.

## COMPLAINT

Comes now Billy J. Scroggham, Plaintiff, and for his Complaint against Shelby Gravel, Inc., d/b/a Shelby Materials, Defendant, would say as follows:

### JURISDICTION

1. This court has jurisdiction of this matter, as the Plaintiff, Billy J. Scroggham alleges a breach of the Americans with Disabilities Act, 42 USC sec. 12101 et.seq., as amended, (hereinafter "ADA"), and that more than $75,000 is in controversy.

### PARTIES

2. That Plaintiff, Billy J. Scroggham (hereinafter "Scroggham"), is a resident of Shelby County, Indiana residing at 1105 Crestmoor Drive, Shelbyville, IN 46176.

3. That Defendant Shelby Gravel, Inc. d/b/a Shelby Materials (hereinafter "Shelby Materials") is a company doing business in Shelby County, Indiana, as Shelby Materials with its corporate address at PO Box 242,

Shelbyville, In 46176, and physical location at 157 E. Rampart ST., Shelbyville, In 46176.

4. Shelby Materials has more than fifteen employees and is subject to the requirements of the ADA, and is an employer engaged in an industry affecting commerce, as set forth below.

5. The Shelby Materials name is registered as a "d/b/a" in 34 counties in Indiana. It provides concrete and gravel and aggregate services throughout Central and South Central Indiana at several physical locations, including eight concrete plants and two aggregate mines. Shelby Materials owns and leases its own fleet of specialized trucks for use on interstate highways. Shelby Materials provides concrete work for local and state business and government projects, as well as working for international businesses. It has received state and national environmental awards, and is engaged in a business industry regulated by both state and federal governmental agencies, including the EPA under the Federal Clean Water Act regulating storm water runoff and permits for same.

## FACTUAL ALLEGATIONS

6. Scroggham was hired by Shelby Materials in 1998 as truck driver in a position that required an Indiana Commercial Driver's License (CDL).

7. At all times relevant to this case, including when he was hired, Scroggham was hearing impaired and required a hearing aid to communicate at work and in his personal life.

8. As a driver of a concrete mixer truck, Scroggham was subject to seasonal layoffs in the winter when concrete work was down.

9. On or about February 5, 2011, Scroggham was on such a layoff but was called into work by Shelby Materials for the day and worked seven hours.

10. At the end of the shift, Scroggham went into the office of Philip E. Haehl (hereinafter "Haehl"), president and a principal owner of Shelby Materials, for a brief talk as he often did.

11. Haehl asked Scroggham "out of the blue" how his hearing was and he replied that it was low with a ringing, basing this on a recent informal test.

12. Haehl said that Scroggham should file for disability and get a lawyer, firing him from his long held job.

13. Scroggham reminded him that he still had his CDL, and then asked if Haehl could give him another position, as the company has some jobs that do not require a CDL, and Haehl shook his head "no" and walked away.

14. Shelby Materials did not call Scroggham back to work as usual in the spring and in April 2011 Scroggham stopped by Haehl's home to ask for his job back and Haehl said no.

15. At all times, Scroggham still had his CDL, which requires an applicant to pass a hearing test. Scroggham has since renewed his CDL on October 4, 2011, passing the required hearing test.

16. Scroggham subsequently worked in the Shelby County community using his CDL to drive for a farm chemical company.

ALLEGATIONS OF VIOLATION OF THE ADA

17. On July 8, 2011, Scroggham timely filed his complaint with the Indiana Civil Rights Commission alleging a violation of the ADA for employer discrimination for termination of a protected person, hearing disabled, and failure to provide a reasonable accommodation. (Attached as Exhibit A).

18. On January 18, 2012, a Determination was issued by the U.S. Equal Employment Opportunity Commission (hereinafter "EEOC") finding "there is reasonable cause to believe [Shelby Materials] terminated [Scroggham] in violation of the ADA." (Attached as Exhibit B).

19. This Determination was based upon the evidence that found Scroggham "was performing the essential functions of his job with or without an accommodation", that he had "never failed the hearing test required by the DOT and remained qualified for his job." (Exhibit B).

20. The parties entered into a conciliation period through the EEOC, which was not successful.

21. The EEOC issued its Notice of Right to Sue on April 18, 2012, giving Scroggham 90 days from receipt of the Notice to file his lawsuit. (Attached as Exhibit C).

22. This lawsuit is timely presented and all conditions precedent have occurred or been satisfied.

23. Thus, Scroggham alleges in this lawsuit a violation of the ADA by his employer, Shelby Materials, for discrimination against him for termination

of a protected person, hearing disabled, and for failure to provide a reasonable accommodation based on the facts as set forth above.

REQUEST FOR RELIEF AND DAMAGES

24. Scrogghams has been damaged by lost wages and 401(k) contributions in the sum of $22,500 through March 31, 2012 and suffers ongoing loss in wage differential and 401(k) contributions of at least $230 a week, for damages to date of at least $26,000 and such other sums as the evidence may show.

25. Scroggham suffered and continues to suffer emotional pain and suffering damages by being summarily discharged due to his hearing without any notice or testing, or demonstration that he no longer could pass the CDL hearing test, has suffered being unemployed for long periods, has had to accept lesser paying work with no benefits and has had fear and worry about (a) his future employment, (b) how he would pay his bills over the past months and into the future, (c) that he has no medical insurance, (d) that he has had to incur debt to live and pay his bills and (e) that he is currently employed for less money with no retirement fund contributions, no paid vacations, other lost benefits, including no medical insurance, all which he had at Shelby Materials, all in such amount as the evidence will show, but not less than two times the lost wages, that is, not less than $52,000.

26. Shelby Materials by its president, Philip E. Haehl, and a principal owner, and acting within the scope of his employment authority to fire employees,

engaged in a discriminatory practice with malice and/or reckless indifference to Scroggham's federally protected rights in firing and refusing to rehire Scroggham (until a partial offer during the EEOC conciliation), that Shelby Materials failed to act in good faith by timely and properly adopting policies and procedures designed to prohibit such discrimination in the workplace and that Scroggham was negatively impacted by Haehl's actions and inactions, suffering financial injuries and emotional distress, and was in fact damaged by such acts and failure to act, such that statutory punitive damages should be awarded to Scroggham due to Shelby Materials intentional acts and failure to act, all to Scrogghams detriment, as will be demonstrated by the evidence, and as allowed by law up to the amount of $300,000.

WHEREFORE, Scroggham prays for all relief available under the ADA, including return to his employment, lost wages, damages for emotional pain and suffering, pre-judgment interest, attorney fees, punitive damages and all other just and proper relief.

Respectfully Submitted,

*/s/ Jonathan E. Palmer*

Jonathan E. Palmer, attorney at law, #6360-73
Attorney for Plaintiff, Billy J. Scroggham
6801 E. 96th St.
Indianapolis, IN 46250
317-576-9348   FAX: 317-947-4983
jpalmerlaw@comcast.net

6

## JURY DEMAND

Comes now Billy J. Scroggham by counsel and demands a jury trial in the case.

*/s/ Jonathan E. Palmer*

Jonathan E. Palmer, attorney at law, #6360-73
Attorney for Plaintiff, Billy J. Scroggham
6801 E. 96th St.
Indianapolis, IN 46250
317-576-9348   FAX: 317-947-4983
jpalmerlaw@comcast.net