UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BILLY SCROGGHAM, | ) |
| Plaintiff, | ) CAUSE NO.: 1:12-CV-0972-JMS-TAB |
| v. | ) |
| SHELBY GRAVEL, INC. d/b/a SHELBY MATERIALS | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

The Plaintiff, Billy Scroggham, by counsel, Jonathan Palmer, and Defendant, Shelby Gravel, Inc. d/b/a Shelby Materials, by counsel, Dane A. Mize, have heretofore filed their STIPULATION OF DISMISSAL WITH PREJUDICE.  And the Court being otherwise duly advised in the premises now finds that the Plaintiff's claims against Defendant should be DISMISSED WITH PREJUDICE.

WHEREFORE, IT IS ORDERED that Plaintiff's claims asserted in this matter against Defendant be DISMISSED WITH PREJUDICE for the reason that said claims have been fully settled, costs paid.

Dated: 04/03/2013

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Copies to:**

Dane A. Mize
dmize@skilesdetrude.com

Jonathan Palmer
jpalmerlaw@comcast.net